No. 10–7740. MITCHELL v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 10–7742. PROPES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–7746. REYES v. SNOW ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–7751. EARL v. TURNBULL, SUPERINTENDENT, SPRING CREEK CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 10–7755. JEFFERS v. KELLER ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–7761. NORMAN v. SOCIAL SECURITY ADMINISTRATION ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–7762. NASSAR v. DISTRICT ATTORNEY FOR ESSEX COUNTY, MASSACHUSETTS, ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 10–7764. BEASON, AKA BOONE v. CRAIG, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–7767. WOODHULL v. GUARDIANSHIP OF FALVO (five judgments). Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–7770. PAYTON v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 10–7771. MY NGO v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7776. COLON v. TASKEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–7785. SNEED v. PAN AMERICAN HOSPITAL ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7788. SALEM v. RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.